**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Prime Interstate Trucking, LLC
                                    Plaintiff,

v.                                                                 Case No.: 1:25−cv−00031
                                                                                   Honorable Joan H. Lefkow

Resolute Partners, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

       MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has received plaintiff's pre−conference settlement offer letter. The letter does not comply with the Court's Standing Order on Settlement Conferences in that it exceeds the page limit and fails to contain "a demand that is not what [plaintiff] expects to win at trial, but rather a number that takes into account the risk that plaintiff might lose the case and cost savings from settling before dispositive motions are filed and/or trial. Settlement demands that state the maximum relief that plaintiff might recover at trial are unproductive." The parties are further reminded of this Court's Standing Order which states, "Parties are forewarned that failure to account for the risks and costs associated with proceeding with litigation in their settlement positions may result in the Court unilaterally canceling the settlement conference to avoid wasting the parties' time and money, as well as Court resources." By 11/21/2025, plaintiff shall submit a revised letter to defendant. Defendant's letter remains due to plaintiff by 12/1/2025. Each party shall email a copy of its letter to the Court at Settlement_Correspondence_Appenteng@ilnd.uscourts.gov on the same day that it is provided to the opposing party. After considering the parties' settlement positions, Chambers staff will contact the parties with available dates for a full settlement conference or a preliminary attorneys−only conference. The 12/2/2025 tracking status hearing stands. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.